Pro Se

ANGYE GERALD AKARA,

12 11 99 069,

Torrance County Detention Facility,

Po Box 837,

Estancia Nm 87016.

FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 22 2026

MITCHELL R. ELFERS
CLERK

1:26 CV 72 DHU-DLm

United State District Court,

Fo the District Court of New mexico.

Petitioner.

ANGYE GERALD AKARi.

V.

George Dedos, Warden, TCDF.

Respondent.

## EMERGENCY MOTION FOR DECISION:

A.    INTRODUCTION:

Petitioner Angye Gerald Akari, presently in Department of Homeland Security detention, Since 17, December 2024.

Petitioner filed petition of writ of Habeas Corpus, dated 15th January 2026. Pleading the court to Grand the petition of writ of habeas Corpus and order Respondent to release petitioner from unreasonable prolonged immigration detention now 1year 6months "16months" imprisonment Soly in immigration proceedings.

C11

## B. FACTS:

Federal Circuit and districts Courts have longed held deportable alien in custody more than a few months must be released because such detention has becomes "imprisonment"

→ On 7th August, 2025 Petitioner appeal the immigration Judge decision to the Board of immigration appeal.

→ On 9th April 2026 the Board of immigration appeal dismissed the appeal

→ On 04-21-2026 petitioner filed appeal to the United States Court of Appeal for the Tenth Circuit. This petition is timely filed pursuant to 8 U.B.C §1252 (b)(1) as it is filed within 30 days of the dismissal of the appeal.

## C. Reason for this motion for Decision:

Petitioner is pleading with this honorable Court to rule on this petition with good Concienese, ~~poor~~ petitioner has been imprison for immigration punishement for 16 months ~~too~~ unreasonable prolonged immigration detention.

I am a Human, a Refuge and Asylum Seeker. I have never Comited a Crime any where, I was an Educator and Economic researcher in Cameroon.

I am Currently Suffering from Blindness, psychological truma, bleeding blood. All this health problems Stated because of this indefinate imprison punishement.

Petitioner has provided multiple Significant documents proving beyond every reasonable doubt that I am a person

(2)

of good moral character, I am Educated, earned a Bachelor degree in Accountancy And I speake, write English from the University of Buea Cameroon.

An Educator, I taught International Accounting, Economics, Commerce and Financial Management in two high school Schools in Cameroon.

Petitioner is the Sole bread winer of the Family, two Son and an adopted Doughter. My last Son was bon on 19 December 2024 while I am in this immigration punishedment prison.

Your honor petitioner is pleading with this Court to order respondent to released petitioner emidietly under a proper Supervision

I Strongly believe in the United States of America - a Country that respect human right, upholds democracy, and Stands as a Global champion for justice and the rule of law.

I declear this under the penalty of perjury that the forgoing is in time true Correct to the best of my Knowledge.

Gerald Pngge Pkew                    This April 21st 2020

ANGYE GERALD MBARI,
22 MAY 0691,
Torrance County Detention Facility,
209 County Road 49,
Estancia, NM 87016.

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 2 2026

**MITCHELL R. ELFERS**
CLERK

87102-227330

ALBUQUERQUE NM 870

21 APR 2026 PM

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 87016
02 7H
0006212975

$ 000.74°
APR 21 2026

To: United States District Court,
District of New Mexico,
Office of the Clerk,
Suite 270,
333 Lomas Blvd, N.M,
Albuquerque, New Mexico, 87102.